IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| AARON JOHNSON, | ) | CIV. NO. 16-00075 JMS-RLP |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| vs. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Defendant Monsanto Company ("Defendant") moves to dismiss

Plaintiff Aaron Johnson's February 19, 2016 Complaint.  Doc. No. 13.  The legal

issues raised in Defendant's Motion are substantively identical to those Defendant

raised in *Sheppard v. Monsanto Co.*, Civ. No. 16-00043 JMS-RLP (D. Haw. Feb.

24, 2016).  Thus, because the factual differences in the cases have no bearing on

the court's rulings, the Motion is DENIED for the same reasons as in the court's

June 29, 2016 Order Denying Defendant's Motion to Dismiss in *Sheppard*.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 29, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge